1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,

12           Plaintiff,          Cr. S-96-0407 DFL PAN

13      v.                              ORDER

14   AMADO BETTANCOURT REYES,

15           Defendant.

16   _____/

17       Defendant moved for relief under 28 U.S.C. § 2255 based on

18   the rule set forth in Apprendi v. New Jersey, 530 U.S. 466, 120

19   S.Ct. 2348 (2000).  The court denied the motion because the Ninth

20   Circuit has consistently held that "Apprendi does not apply

21   retroactively to cases on initial collateral review."  U.S. v.

22   Sanchez-Cervantes, 282 F.3d 664, 671 (9th Cir. 2002).  Defendant

23   seeks a certificate of appealability.

24       Under 28 U.S.C. § 2253 a certificate of appealability is

25   warranted only if the case presents a "substantial question."  A

26   substantial question is one that is "'debatable among jurists of

1  reason,'" could be resolved differently by a different court, or

2  is "'adequate to deserve encouragement to proceed further.'"

3  Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002)

4  (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

5       This case presents no such "substantial question."

6  Defendant's motion for a certificate of appealability is DENIED.

7       IT IS SO ORDERED.

8  Dated: 3/8/2006

9

10

11  _____

DAVID F. LEVI

12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26